# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Wu & Associates, Inc. | )     ASBCA No. 60299 |
| | ) |
| Under Contract No. N40085-10-D-9451 | ) |

APPEARANCE FOR THE APPELLANT:        Sean T. O'Meara, Esq.
                                                     Archer & Greiner, P.C.
                                                     Haddonfield, NJ

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                                    Navy Chief Trial Attorney
                                                    Todd J. Wagnon, Esq.
                                                    Russell A. Shultis, Esq.
                                                    Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

The parties have settled their dispute and have requested that the Board enter judgment in favor of appellant. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $157,500. This amount is inclusive of all interest. No further interest shall be paid.

Dated: September 19, 2018

                                                 MICHAEL N. O'CONNELL
                                                 Administrative Judge
                                                 Armed Services Board
                                                 of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60299, Appeal of Wu & Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals